UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIDSON DOXY,<br><br>                    Petitioner,<br><br>     v.<br><br>CHRISTOPHER LAROSE, Warden, Otay Mesa Detention Center, GREGORY ARCHAMBEAULT, Director, San Diego Field Office, United States Immigration and Customs Enforcement, PAM BONDI, Attorney General, United States Department of Justice, and KRISTI NOEM, Secretary, United States Department of Homeland Security,<br><br>                    Respondents. | Case No.:  3:25-cv-2609-BTM-DDL<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE**<br><br>**[ECF NO. 1]** |

    Midson Doxy petitioned the Court for a writ of habeas corpus on October 2, 2025. (ECF No. 1).  After reviewing the petition, the Court concludes that summary dismissal is unwarranted.  The Respondents must file any response to the petition by October 20, 2025. The Petitioner must file a traverse in support of the petition by October 31, 2025.  The

hearing is scheduled for November 7, 2025. There will be no oral argument unless requested by the Court.

**IT IS SO ORDERED.**

Dated:  October 6, 2025

_____
Honorable Barry Ted Moskowitz
United States District Judge